preme Court, Appellate Division, Fourth Department. March 8, 1904.) Action by Max Binswanger against the New York Central & Hudson River Railroad Company. No opinion. Order affirmed, with costs.

In re BLACKMER. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) In the matter of the application of Henry M. Blackmer for admission to the bar. No opinion. Application granted.

BLISS, Respondent, v. DUFFY, Appellant. (Supreme Court, Appellate Division, First Department. March 11, 1904.) Action by Ernest F. Elias, Jr., against Bridget Duffy. H. W. Kiralfy, for appellant. W. F. Timme, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re BOARD OF RAPID TRANSIT. (Supreme Court, Appellate Division, First Department. March 11, 1904.) In the matter of the board of rapid transit. No opinion. Application granted.

BRADFORD, Respondent, v. THIRD AVE. R. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by George Bradford against the Third Avenue Railroad Company and others. C. F. Brown, for appellants. J. E. Russell, for respondent. No opinion. Judgment and order affirmed, with costs.

BRADFORD, Respondent, v. WHEELER, Appellant, et al. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by George Bradford against Everett E. Wheeler, impleaded. W. H. Lyons, for appellant. J. E. Russell, for respondent. No opinion. Judgment and order affirmed, with costs.

BRADLEY, Respondent, v. WAGNER et al., Appellants. (Supreme Court, Appellate Division, First Department. January 22, 1904.) Action by James Bradley against Peter Wagner and others. J. P. Everett, for appellants. H. Wendt, for respondent. No opinion. Judgment affirmed, with costs.

BRAND, Appellant, v. BORDEN'S CONDENSED MILK CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 29, 1904.) Action by Conrad Brand against the Borden's Condensed Milk Company. No opinion. Motion denied.

In re BROOKLYN BAR ASS'N. In re VALENTINE. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) In the matter of the application of the Brooklyn Bar Association to punish Benjamin E. Valentine, an attorney.

PER CURIAM. After the preliminary examination of the verified petition which has been presented to the Appellate Division in this matter, the prescribed method of procedure in cases of this kind requires the issuance of a formal order directing the accused attorney to show cause why he should not be suspended from practice or removed from office. Anonymous, 22 Wend. 656; Percy's Case, 36 N. Y. 651; Matter of Brewster, 12 Hun, 109; and Matter of Eldridge, 82 N. Y. 161, 37 Am. Rep. 558. That course will be pursued in the present case; and if, upon the return of the order to show cause, the attorney makes the same denials which he has already made informally, the matter will be sent to a referee to take testimony, in accordance with the practice approved by the Court of Appeals in the Eldridge Case.

In re BROOKLYN BAR ASS'N. In re HAYNE. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) In the matter of the application of the Brooklyn Bar Association to punish Eugene R. Hayne, an attorney.

PER CURIAM. The same disposition will be made of this matter as directed in Matter of Valentine, ubi supra.

In re BROOKLYN BAR ASS'N. In re MURTHA. (Supreme Court, Appellate Division, Second Department. January 29, 1904.) In the matter of the application of the Brooklyn Bar Association to punish James A. Murtha, Jr., an attorney.

PER CURIAM. An order. to show cause will be granted in this matter, providing for the service of the same, and the papers whereon it is granted, in the manner prescribed by the Code of Civil Procedure for the substituted service of a summons.

In re BROOKLYN BAR ASS'N. In re MURTHA. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) In the matter of the application of the Brooklyn Bar Association to punish James A. Murtha, Jr., an attorney.

PER CURIAM. A formal order to show cause will be granted in this matter, as directed in Matter of Valentine, ubi supra. In consequence of the absence of the attorney, the order will provide for substituted service of the papers upon him.

BROSI, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Action by Maria Brosi against the Metropolitan Street Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

BROWN, Appellant, v. DUTCHESS COUNTY MUT. INS. CO. OF POUGHKEEPSIE, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 26, 1904.) Action by Morris Brown against the Dutchess County Mutual Insurance Company of Poughkeepsie.

PER CURIAM. Judgment affirmed, with costs, upon opinion of RUMSEY, J., in same case, reported 64 App. Div. 9, 71 N. Y. Supp. 670.

BRYANT, Respondent, v. GREENOUGH, Appellant. (Supreme Court, Appellate Division,